# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,            CR. NO. 17-20274

v.                             HON. BERNARD A. FRIEDMAN

D-4 TAHERA SHAFIQ
D-5 FARIDA ARIF
D-7 HASEENA HALFAL
D-8 ZAINAB HARIYANAWALA

       Defendants.
_____/

## ORDER TERMINATNG
## PRE-TRIAL SERVICES SUPERVISION

On November 20, 2018, the Court dismissed Counts One through Six of the Third Superseding Indictment against the above-captioned individuals. Since there are no federal criminal charges currently pending against the above-captioned individuals, they are no longer subject to any conditions imposed by the United States Pre-Trial Services Department.

IT IS HEREBY ORDERED that the United States Pre-Trial Services Department terminate supervision over TAHERA SHAFIQ, FARIDA ARIF, HASEENA HALFAL, and ZAINAB HARIYANAWALA and return to them any and all personal belongings.

IT IS SO ORDERED.

Dated: March 20, 2019         s/Bernard A. Friedman
    Detroit, Michigan       BERNARD A. FRIEDMAN
                                        SENIOR U.S. DISTRICT JUDGE